order denying a motion for a rehearing, from which defendants appeal, is affirmed, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ. Order of March 15, 1910, modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to plaintiff. Order denying motion for rehearing affirmed, with ten dollars costs. Settle order on notice.

---

Claudia T. Wheeler, Respondent, v. Albert G. Wheeler, Jr., Appellant.

Appeal from an order entered on the 7th day of June, 1910, granting a motion for alimony and counsel fee,

Per Curiam: Without passing upon the question what should be granted as permanent alimony, we think the amount allowed as temporary alimony is excessive and that it should be reduced to $6,000 a year, and that the counsel fee should be reduced to $750. The order as so modified is affirmed, without costs. Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ. Order modified as directed in opinion, and as modified affirmed, without costs.

---

Una Goslin, Respondent, v. Annie Irene Magher, Appellant.

*Husband and wife — abandonment.*

Appeal from a judgment entered on the 12th day of January, 1909, upon the verdict of a jury for $50 000.

Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ. Ingraham, P. J., and Clarke, J., dissenting.

Ingraham, P. J. (dissenting): I think the verdict was without evidence to support it, as the evidence entirely fails to show that the defendant, at any time, enticed or induced the plaintiff's husband to abandon her, or was the procuring cause of the abandonment, or of the interruption of the marital relations between the husband and wife. (*Buchanan* v. *Foster*, 23 App. Div. 542; *Hanor* v. *Housel*, 128 id. 801.) I also think the verdict was excessive, and cannot be sustained for the amount that the jury awarded. I, therefore, dissent. Clarke, J., concurred.

---

William T. Clark, as Ancillary Administrator, etc., of James Mulligan, Deceased, Appellant, v. Frank W. Johnston and Others, Copartners, under the Firm Name and Style of Johnston & Grommet Brothers, Respondents.

Appeal from an order entered on the 24th day of June, 1910, granting a motion to vacate the levy of an attachment.

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J. (dissenting), Clarke, Scott, Miller and Dowling, JJ.

Ingraham, P. J. (dissenting): I do not think this levy should have been vacated. My view upon a motion of this character is stated in my dissenting opinion in *Bridges* v. *Wade* (113 App. Div. 362). Where a question is presented as to whether a levy is sufficient to obtain a lien upon an amount due to the defendant by a party who has been served with a warrant of attachment in this